STATE OF NORTH CAROLINA v. HAROLD EMANUEL

No. 7216SC782

(Filed 20 December 1972)

APPEAL by defendant from *Hobgood, Judge,* 26 June 1972 Session of Superior Court held in SCOTLAND County.

Defendant appeals from a judgment of imprisonment imposed upon his plea of guilty to a charge of armed robbery.

*Attorney General Morgan by Deputy Attorney General Bullock for the State.*

*Jennings G. King for defendant appellant.*

GRAHAM, Judge.

After the case was docketed and briefs were filed in this Court, defendant moved for leave to withdraw his appeal. We denied his motion and have reviewed the appeal on the merits.

The record supports the trial judge's adjudication that defendant's plea of guilty was freely, understandingly and vol-

untarily made, and no error appears in the record. We find and hold that defendant had a fair trial free from prejudicial error.

No error.

Judges CAMPBELL and BROCK concur.